A89A1660. HYZER et al. v. HICKMAN.
A89A1661. SHEAN v. HICKMAN.
(409 SE2d 93)

McMURRAY, Presiding Judge.

The Supreme Court of Georgia in *Hickman v. Hyzer*, 261 Ga. 38 (401 SE2d 738), having reversed this Court's prior judgments in these cases, the judgments of this Court in *Hyzer v. Hickman* and *Shean v. Hickman*, 195 Ga. App. 213 (393 SE2d 79), are vacated, and the judgments of the trial court are hereby affirmed.

*Judgments affirmed. Sognier, C. J., Banke, P. J., Birdsong, P. J., Carley, Pope, Beasley, Cooper and Andrews, JJ., concur.*

DECIDED JULY 15, 1991.

*Johnson & Montgomery, Harmon W. Caldwell, Jr., Wade H. Watson III*, for appellants (case no. A89A1660).

*Smith, Currie & Hancock, D. Lee Roberts, Jr.*, for appellant (case no. A89A1661).

*Heyman & Sizemore, William H. Major, William B. Brown*, for appellee.